FILED

1   JOSHUA S. GOODMAN, ESQ. (SBN 116576)
    ZACHARY S. TOLSON, ESQ. (SBN 242824)   2008 MAR 27  P 2: 35
2   JENKINS GOODMAN NEUMAN & HAMILTON LLP
    417 Montgomery Street, 10th Floor              RICHARD W. WIEKING
3   San Francisco, California 94104                      CLERK
    Telephone:   (415) 705-0400               U.S. DISTRICT COURT
4   Facsimile:    (415) 705-0411              NO. DIST. OF CA. S.J.
    jgoodman@jgn.com
5   ztolson@jgn.com

6   Attorneys for Defendant
    TRICAM INDUSTRIES, INC. and
7   HOME DEPOT U.S.A., INC.

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10  KEVIN GLORIA,                     C08    01672

11                     Plaintiff,     NOTICE OF REMOVAL OF ACTION
                                      UNDER 28 U.S.C. § 1441 AND 28 U.S.C. §
12                vs.                 1446(b)

13  HOME DEPOT, INC., TRICAM
    INDUSTRIES and DOES 1-100,        JURY TRIAL DEMANDED
14
                       Defendants.
15

16       TO THE CLERK OF THE ABOVE-ENTITLED COURT:     BY FAX

17       PLEASE TAKE NOTICE that defendant TRICAM INDUSTRIES ("TRICAM"),

18  erroneously sued herein as TRICAM INDUSTRIES, and HOME DEPOT U.S.A., INC.

19  ("HOME DEPOT"), erroneously sued herein as HOME DEPOT, INC., by and through its

20  counsel, hereby removes the above-captioned action from the Superior Court of the State of

21  California, in and for the County of Santa Clara, to the United States District Court,

22  Northern District of California, for the reasons described below:

23       1.  TRICAM and HOME DEPOT, INC. are the sole named defendants in a civil

24  action pending against it in Santa Clara Superior Court, entitled _Kevin Gloria v. Home_

25  _Depot, Inc., Tricam Industries, and Does 1-100_, Case No. 108CV103424. Attached hereto

26  as **Exhibit A** is a copy of the Summons and Complaint for this action.

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-

NOTICE OF REMOVAL OF ACTION

2.  TRICAM and HOME DEPOT were both served with the Complaint on March

18, 2008. Immediately following the filing of this Notice of Removal of Action, written

notice of this filing will be served on Plaintiff and will be filed with the Clerk of the

Superior Court for the County of Santa Clara, in accordance with 28 U.S.C. § 1446(d).

## JURISDICTION

3.  This is a civil action over which this Court has original jurisdiction under 28

U.S.C. § 1332. This case may be removed to this Court by TRICAM and HOME DEPOT

pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a case that could have been

commenced in federal court based on diversity of citizenship. Both at the time that this

action was commenced and at this time, Plaintiff was and is a citizen of California. Both at

the time that this action was commenced and at this time, TRICAM was and is a Minnesota

corporation and has its principal place of business in Minnesota. Both at the time that this

action was commenced and at this time, HOME DEPOT is incorporated in Delaware and

has its principal place of business in Georgia.  "For purposes of removal…the citizenship

of defendants sued under fictitious names shall be disregarded." 28 U.S.C. §1441(a).

4.  The Superior Court action was served on TRICAM on March 18, 2007, along

with a Statement of Damages to TRICAM in the amount $1,000,000.00, plus "unknown"

damages for medical expenses, future medical expenses, loss of earnings, and loss of

earning capacity, at which time it was ascertained that the amount in controversy exceeds

$75,000. A true and correct copy of said Statement of Damages to TRICAM is attached

hereto as **Exhibit B**. Therefore the matter is removable pursuant to 28 U.S.C. Section

1446(b).

5.  The Superior Court action was served on HOME DEPOT on March 18, 2007,

along with a Statement of Damages to HOME DEPOT in the amount $1,000,000.00, plus

"unknown" damages for medical expenses, future medical expenses, loss of earnings, and

loss of earning capacity, at which time it was ascertained that the amount in controversy

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

1    exceeds $75,000. A true and correct copy of said Statement of Damages to HOME DEPOT

2    is attached hereto as **Exhibit C**. Therefore the matter is removable pursuant to 28 U.S.C.

3    Section 1446(b).

4        WHEREFORE, the undersigned requests that the action described above be removed

5    in its entirety to this Court for all further proceedings pursuant to 28 U.S.C. § 1441, *et seq.*

6    <u>**DEMAND FOR JURY TRIAL**</u>

7        Defendant demands a jury trial.

8    DATED:  March 24, 2008               JENKINS GOODMAN NEUMAN &
                                          HAMILTON LLP
9

10

11   By: _____
                                          JOSHUA S. GOODMAN
12                                        ZACHARY S. TOLSON
                                          Attorneys for Defendant
13                                        HOME DEPOT U.S.A., INC.

14   f:\docs\jsg\gloria, kevin v. hd, tricam\pleadings\notice of removal of action.demandjury.doc

15

16

17

18

19

20

21

22

23

24

25

26

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-3-

03-17-'08 16:32  FROM-David Allen & Assoc.    916-451-5687         T-871  P004/016 F-760

**SUMMONS**
**(CITACION JUDICIAL)**

SUM-100

<table>
<tr><td></td><td><b>FOR COURT USE ONLY</b><br>(SOLO PARA USO DE LA CORTE)</td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Defendant, HOME DEPOT, INC., TRICAM INDUSTRIES and
DOES 1 - 100



ENDORSED
FILED

JAN 17 08

KIRI TORRE
F EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA.
NTY OF SANTA CLARA

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
Plaintiff, KEVIN GLORIA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Santa Clara County <br><br> 191 North First Street <br> San Jose, CA 95113 | CASE NUMBER: <br> *(Número del Caso):* <br> **108CV109424** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección, y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Matthew C. Schumacher, Esq.
5230 Folsom Blvd.
(916) 455-4800

DAVID ALLEN & ASSOCIATES
Sacramento, CA 95819

| DATE: <br> *(Fecha)* | **Kiri Torre** <br> **Chief Executive Officer/Clerk** Clerk, by <br> *(Secretario)* | J. Cao-Nguyen | , Deputy <br> *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Gloria, Kevin (4579)

03-17-'08 16:36  FROM-David Allen & Assoc.   916-451-5687         T-872  P005/016 F-760

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Matthew C. Schumacher, Esq.                        237232
DAVID ALLEN & ASSOCIATES
5230 Folsom Blvd.
Sacramento, CA 95819
TELEPHONE NO.: (916) 455-4800    FAX NO. (Optional): (916) 451-5687
E-MAIL ADDRESS (Optional):  mschumacher@davidallenlaw.com
ATTORNEY FOR (Name):  Plaintiff, Kevin Gloria

FOR COURT USE ONLY

ENDORSED
JAN 17 08
KEN TORRE
EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: Plaintiff, KEVIN GLORIA

DEFENDANT: Defendants, HOME DEPOT, INC. and
TRICAM INDUSTRIES

[X] DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE  [X] OTHER (specify):   PRODUCT LIABILITY
   [ ] Property Damage   [ ] Wrongful Death
   [X] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
1 0 8 C V 1 0 3 4 2 4

1. Plaintiff (name or names): Plaintiff, KEVIN GLORIA

   alleges causes of action against defendant (name or names): Defendant, HOME DEPOT, INC. and
   TRICAM INDUSTRIES and DOES 1 - 100
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)   ESSENTIAL FORMS

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Gloria, Kevin (4579)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gloria v. Home Depot, Inc., et al. | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      **HOME DEPOT, INC.**
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☒ except defendant (name):
      **TRICAM INDUSTRIES**
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 51 - 60          were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 61 - 100          are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

03-17-'08 16:37  FROM-David Allen & Assoc.    916-451-5687         T-872  P007/016 F-760

SHORT TITLE:                                              CASE NUMBER
Gloria v. Home Depot, Inc., et al.

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damages *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: January 14, 2008

Matthew C. Schumacher, Esq.
    (TYPE OR PRINT NAME)                    ►          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

03-17-'08 16:37  FROM-David Allen & Assoc.    916-451-5687    T-872  P008/016 F-760

| SHORT TITLE: | CASE NUMBER |
| --- | --- |
| Gloria v. Home Depot, Inc., et al. | |

____ONE____    **CAUSE OF ACTION**- General Negligence    Page 4 ____
   (number)
ATTACHMENT TO ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Plaintiff, KEVIN GLORIA

alleges that defendant *(name)*:  Defendant, HOME DEPOT, INC. and
                             TRICAM INDUSTRIES

    ☒ Does ___1___ to _100_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*:  SEPTEMBER 9, 2006
at *(place)*:  or around 59 Great Oaks Blvd., San Jose, CA.

*(description of reasons for liability)* :
Plaintiff, KEVIN GLORIA, used a ladder purchased by his employer from the Defendant, THE HOME
DEPOT, INC. that was manufactured by Defendant, TRICAM INDUSTRIES.  Plaintiff was working on
private property located at 59 Great Oaks Blvd. in the City of San Jose County of Santa Clara while
using the ladder purchased from HOME DEPOT by his employer.  The ladder collapsed from under him
causing him to fall to the ground, Defendants, and each of them, negligently and carelessly manufactured,
sold and inspected, distributed said ladder thereby being responsible for the injuries and damages suffered
by Plaintiff.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]        **CAUSE OF ACTION**- General Negligence    Code of Civil Procedure 425.12
www.courtinfo.ca.gov

                                     Gloria, Kevin (4579)

03-17-'08 16:37 FROM-David Allen & Assoc.    916-451-5687       T-872 P009/016 F-760

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gloria v. Home Depot, Inc., et al. | |

| TWO | **CAUSE OF ACTION**▪ Products Liability | Page 5 |
|---|---|---|
| (Number) | | |

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* **KEVIN GLORIA**

Prod.L-1. On or about *(date):* 9/01/2006          plaintiff was injured by the following product:
**A LADDER, PURCHASED AT THE HOME DEPOT, INC. AND MANUFACTURED BY TRICAM INDUSTRIES, MODEL NUMBER UNKNOWN.**

Prod.L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
☒ used in the manner intended by the defendants.
☐ used in a manner that was reasonably forseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod.L-3. Plaintiff was a
☐ purchaser of the product.                          ☒ user of the product.
☐ bystander to the use of the product.              ☒ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod.L-4. ☒ **Count One**-Strict liability of the following defendants who
a. ☒ manufactured or assembled the product *(names):*
**TRICAM INDUSTRIES**

☒ Does  1  to 20

b. ☒ designed and manufactured component parts supplied to the manufacturer *(names):*
**TRICAM INDUSTRIES**

☒ Does  21  to 40

c. ☒ sold the product to the public *(names):*
**TRICAM INDUSTRIES and HOME DEPOT, INC.**

☒ Does  41  to 60

Prod.L-5. ☒ **Count Two**-Negligence of the following defendants who owed a duty to plaintiff *(names):*
**TRICAM INDUSTRIES and HOME DEPOT, INC.**

☒ Does  61  to 80

Prod.L-6. ☒ **Count Three**-Breach of warranty by the following defendants *(names):*
**TRICAM INDUSTRIES and HOME DEPOT, INC.**

☒ Does  81  to 100

a. ☒ who breached an implied warranty
b. ☐ who breached an express warranty which was
☐ written ☐ oral

Prod.L-7. ☒ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment-Prod.L-7 ☒ as follows:
DEFENDANTS, AND EACH OF THEM ARE RESPONSIBLE IN SOME MANNER FOR THE EVENTS AND HAPPENINGS TO AND CAUSED INJURY AND DAMAGES PROXIMATELY THEREBY TO PLAINTIFF AS ALLEGED HEREIN.
THE HOME DEPOT, INC., TRICAM INDUSTRIES, AND DOES 1 - 100

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) (Rev. January 1, 2007)          **CAUSE OF ACTION - Products Liability**          Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Gloria, Kevin (4579)

03-17-'08 16:38  FROM-David Allen & Assoc.    916-451-5687        T-872  P013/016 F-760

- DO NOT FILE WITH THE COURT-

CIV-050

-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MATTHEW C. SCHUMACHER, SBN 237232 | 916-455-4800 | |
| DAVID ALLEN & ASSOCIATES | | |
| 5230 Folsom Blvd. | | |
| Sacramento, CA 95819 | | |
| ATTORNEY FOR (name): Plaintiff, KEVIN GLORIA | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: KEVIN GLORIA
DEFENDANT: HOME DEPOT, INC., et al.

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: 108 CV 103424 |
|---|---|

To (name of one defendant only): TRICAM INDUSTRIES
Plaintiff (name of one plaintiff only): KEVIN GLORIA
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| **1. General damages** | | |
| a. ☑ Pain, suffering, and inconvenience | $ | 500,000 |
| b. ☑ Emotional distress | $ | 500,000 |
| c. ☐ Loss of consortium | $ | |
| d. ☐ Loss of society and companionship (wrongful death actions only) | $ | |
| e. ☐ Other (specify) | $ | |
| f. ☐ Other (specify) | $ | |
| g. ☐ Continued on Attachment 1.g. | | |
| **2. Special damages** | | |
| a. ☑ Medical expenses (to date) | $ | UNKNOWN |
| b. ☑ Future medical expenses (present value) | $ | UNKNOWN |
| c. ☑ Loss of earnings (to date) | $ | UNKNOWN |
| d. ☑ Loss of future earning capacity (present value) | $ | UNKNOWN |
| e. ☐ Property damage | $ | |
| f. ☐ Funeral expenses (wrongful death actions only) | $ | |
| g. ☐ Future contributions (present value) (wrongful death actions only) | $ | |
| h. ☐ Value of personal service, advice, or training (wrongful death actions only) | $ | |
| i. ☐ Other (specify) | $ | |
| j. ☐ Other (specify) | $ | |
| k. ☐ Continued on Attachment 2.k. | | |

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
when pursuing a judgment in the suit filed against you.

Date: March 17, 2008

MATTHEW C. SCHUMACHER                              ▶  _____
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                              Page 1 of 2

| Form Accepted for Mandatory Use Judicial Council of California CIV-050 [Rev. January 1, 2007] | STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | Code of Civil Procedure, §§ 425.11, 425.115 www.courtinfo.ca.gov |
|---|---|---|

www.accesslaw.com

03-17-'08 16:38  FROM-David Allen & Assoc.    916-451-5687       T-872  P014/016 F-760

- DO NOT FILE WITH THE COURT-                                    **CIV-050**

-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): MATTHEW C. SCHUMACHER, SBN 237232 DAVID ALLEN & ASSOCIATES 5230 Folsom Blvd. Sacramento, CA 95819 | TELEPHONE NO.: 916-455-4800 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff, KEVIN GLORIA | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: KEVIN GLORIA
DEFENDANT: HOME DEPOT, INC., et al.

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: 108 CV 103424 |
|---|---|

To (name of one defendant only): HOME DEPOT, INC.
Plaintiff (name of one plaintiff only): KEVIN GLORIA
seeks damages in the above-entitled action, as follows:

|  | AMOUNT |
|---|---|
| **1. General damages** | |
| a. ☑ Pain, suffering, and inconvenience | $ 500,000 |
| b. ☑ Emotional distress | $ 500,000 |
| c. ☐ Loss of consortium | $ |
| d. ☐ Loss of society and companionship (wrongful death actions only) | $ |
| e. ☐ Other (specify) | $ |
| f. ☐ Other (specify) | $ |
| g. ☐ Continued on Attachment 1.g. | |
| **2. Special damages** | |
| a. ☑ Medical expenses (to date) | $ UNKNOWN |
| b. ☑ Future medical expenses (present value) | $ UNKNOWN |
| c. ☑ Loss of earnings (to date) | $ UNKNOWN |
| d. ☑ Loss of future earning capacity (present value) | $ UNKNOWN |
| e. ☐ Property damage | $ |
| f. ☐ Funeral expenses (wrongful death actions only) | $ |
| g. ☐ Future contributions (present value) (wrongful death actions only) | $ |
| h. ☐ Value of personal service, advice, or training (wrongful death actions only) | $ |
| i. ☐ Other (specify) | $ |
| j. ☐ Other (specify) | $ |
| k. ☐ Continued on Attachment 2.k. | |

3. ☐ Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $
when pursuing a judgment in the suit filed against you.

Date: March 17, 2008

MATTHEW C. SCHUMACHER
(TYPE OR PRINT NAME)                    ► _____
                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                              Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]
STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)
Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

www.accesslaw.com

10743178.tif - 3/26/2008 4:52:24 PM

# CIVIL COVER SHEET

JS 44 (Rev. 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**C08  01672  RS**

BY FAX

## I. (a) PLAINTIFFS

KEVIN GLORIA

**DEFENDANTS**

HOME DEPOT, INC., TRICAM INDUSTRIES and DOES 1-100

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Matthew C. Schumacher, Esq., David Allen & Associates, 5230 Folsom Blvd., Sacramento, CA 95819  916.455.4800

Attorneys (If Known)

Joshua S. Goodman, Zachary S. Tolson, Jenkins Goodman Neuman & Hamilton LLP, 417 Montgomery Street, 10th Floor, San Francisco, CA 94104  415.705.0400

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 442 Employment | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 445 Amer. w/Disabilities — Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 446 Amer. w/Disabilities — Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus — Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

28 USC sections 1441 and 1446(b)

Brief description of cause:

Ladder allegedly collapsed under plaintiff

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

[ ] SAN FRANCISCO/OAKLAND  [X] SAN JOSE

DATE

March 26, 2008

SIGNATURE OF ATTORNEY OF RECORD

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**     Example:     U.S. Civil Statute: 47 USC 553
                                                 Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint. Class Action.** Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.