FILED

2008 MAR 27 P 2: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  JOSHUA S. GOODMAN, ESQ. (SBN 116576)
   ZACHARY S. TOLSON, ESQ. (SBN 242824)
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California 94104
   Telephone:  (415) 705-0400
4  Facsimile:  (415) 705-0411
   jgoodman@jgn.com
5  ztolson@jgn.com

6  Attorneys for Defendants
   TRICAM INDUSTRIES, INC. and
7  HOME DEPOT U.S.A., INC. (erroneously sued
   herein as HOME DEPOT, INC.)
8

9                UNITED STATE DISTRICT COURT FOR

10               THE NORTHERN DISTRICT OF CALIFORNIA

11
   KEVIN GLORIA,                    ) Case No. C08 01672
12                                  )
                  Plaintiff,        ) CERTIFICATION AS TO
13                                  ) INTERESTED PARTIES
         vs.                        )
14                                  ) [Local Rule 7.1-1]
   HOME DEPOT, INC., TRICAM         )
15 INDUSTRIES, and DOES 1-100,      )
                                    )
16                Defendants.       )
                                    )
17

18       The undersigned, counsel of record for defendants HOME DEPOT U.S.A., INC.

19 (erroneously sued herein as HOME DEPOT, INC.) and TRICAM INDUSTRIES, INC.,

20 certify that the following listed parties may have a pecuniary interest in the outcome of this

21 case. These representations are made to enable the Court to evaluate possible

22 disqualification or recusal.

23       • TRICAM INDUSTRIES, INC. – Named Defendant.

24 ///

25 ///

26 ///

-1-

CERTIFICATION AS TO INTERESTED PARTIES

- HOME DEPOT U.S.A., INC. – Named Defendant.

DATED: March 26, 2008

JENKINS GOODMAN NEUMAN & HAMILTON LLP

By: _____
JOSHUA S. GOODMAN
ZACHARY S. TOLTON
Attorneys for Defendants
HOME DEPOT U.S.A., INC., and
TRICAM INDUSTRIES, INC.

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

CERTIFICATION AS TO INTERESTED PARTIES