```
JOSHUA S. GOODMAN, ESQ. (SBN 116576)
ZACHARY S. TOLSON, ESQ. (SBN 242824)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:   (415) 705-0400
Facsimile:    (415) 705-0411
jgoodman@jgn.com
ztolson@jgn.com
```

Attorneys for Defendant
TRICAM INDUSTRIES, INC.

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GLORIA,<br><br>  Plaintiff,<br><br>vs.<br><br>TRICAM INDUSTRIES, et al.<br><br>  Defendants. | Case No. C08 01672 RS<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Local Rule 7.1-1] |

I, Nikki Sands, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 417 Montgomery Street, Tenth Floor, San Francisco, California 94104, which is located in the city, county and state where the service described below took place.

3. On March 28, 2008, I deposited in the United States Mail, at San Francisco, California, a true copy (including all exhibits) of the Notice to Adverse Parties of Removal to Federal Court, dated March 28, 2008, Notice of Removal of Action Under 28 U.S.C. §1441; and Civil Cover Sheet . On March 31, 2008 I deposited in the United States Mail, at San Francisco, a true copy of the following documents: Order Setting Initial Case

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES

1 | Management Conference and ADR Deadlines; Case Management Conference Order;

2 | Standing Order RE: Initial Case Management; Welcome to the United States District Court

3 | for the Northern District of California, Clerk's Office, San Jose Division.

4 | **SERVED ON THE FOLLOWING:**

Matthew C. Schumacher
David Allen & Associates
5230 Folsom Blvd.
Sacramento, CA  95819
Tel: 916.455.4800
Fax: 916.451.5687
email: mschumacher@davidallenlaw.com

9 |     I declare under penalty of perjury that the foregoing is true and correct.

10 |     Executed on March 31, 2008

12 |                /s/
              Nikki Sands

14 | f:\docs\jsg\gloria, kevin v. hd, tricam\pleadings\cert of notice.doc

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400