UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin Gloria

                                                    CASE NO. C 08-01672 RS

            Plaintiff(s),

        v.                                          NOTICE OF NEED FOR ADR PHONE
                                                    CONFERENCE
HOME DEPOT, INC., TRICAM
INDUSTRIES, et al.

            Defendant(s).
_____/


Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  7/16/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Zachary S. Tolson, Esq. | Home Depot & Tricam | 415-705-0417 | ztolson@jgn.com |
| Matthew Schumacher | Kevin Gloria | 916-455-4800 | mschumacher@davidallenlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/24/08                                      /s/ Matthew Schumacher, Esq.
                                                    Attorney for Plaintiff

Dated: 6/24/08                                      /s/ Zachary S. Tolson, Esq.
                                                    Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."