MATTHEW C. SCHUMACHER, SBN 237232
DAVID ALLEN & ASSOCIATES
5230 Folsom Blvd.
Sacramento, CA 95819
Telephone:   (916) 455-4800
Facsimile:   (916) 451-5687
mschumacher@davidallenlaw.com

Attorneys for Plaintiff,
KEVIN GLORIA

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GLORIA,<br><br>   Plaintiff,<br><br>vs.<br><br>HOME DEPOT, INC.; TRICAM INDUSTRIES, and DOES 1 through 100<br><br>   Defendants. | CASE NO.: C08-01672<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order of the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 2, 2008

_____/s/_____
MATTHEW C. SCHUMACHER, Counsel
for Plaintiff, KEVIN GLORIA

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

<u>Gloria vs. Home Depot, et al.</u>
USDC - Northern District - San Jose Division
Case No.: C08-01672

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5230 Folsom Blvd., Sacramento, California 95819. On July 2, 2008, I served the within documents:

**PLAINTIFF KEVIN GLORIA'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC MAIL:** by transmitting via electronic mail (e-mail) the documents listed above to the e-mail address set forth below on this date before 5:00 p.m.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 2, 2008 at Sacramento, California.

/s/
_____
CYNTHIA K. EPLEY

1