1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**KEVIN GLORIA,**                                          **C 08-01672 RS**

                         **Plaintiff(s),**          **CLERK'S NOTICE OF**
                                           **IMPENDING REASSIGNMENT**
                                           **TO A UNITED STATES**
**VS.**                                                       **DISTRICT JUDGE**

**HOME DEPOT, INC., ET AL,**
                            **Defendant(s).**
_____

       The Clerk of this Court will now randomly reassign this case to a United

States District Judge because one or more of the parties has requested reassignment to

a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-

entitled matter which was previously set for July 16, 2008 before the Honorable

Judge Richard Seeborg has been continued to **September 22, 2008@ 10:00 a.m.,**

before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th

floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to

submit a Joint Case Management Statement on September 12, 2008**.**

       If the above-entitled matter settles counsel are required to notify the Court

by contacting the Courtroom Deputy at (408) 535-5356 to take this matter off

calendar.

Dated: July 9, 2008                    RICHARD W. WIEKING,
                                    Clerk of Court

                                /s/_____
                                Martha Parker Brown
                                Deputy Clerk