Clerk's Use Only

Initial for fee pd.:

PAUL V. KAULAS
McVEY & PARSKY, LLC
30 North LaSalle Street, Suite 2100
Chicago, Illinois 60602
Phone: (312) 551-2130

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

KEVIN GLORIA

CASE NO.  C 08-01672 RS

Plaintiff(s),

v.

HOME DEPOT, INC., TRICAM
INDUSTRIES, et al

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

                        Defendant(s).        /

Pursuant to Civil L.R. 11-3, PAUL V. KAULAS                  , an active member in

good standing of the bar of  ILLINOIS                         , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Home Depot and Tricam            in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Joshua S. Goodman of Jenkins, Goodman, Neuman & Hamilton, LLP, 417
Montgomery Street, 10th Floor, San Francisco, CA 94104; (415) 705-0400

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  7/2/08

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003603
Cashier ID: harwellt
Transaction Date: 07/24/2008
Payer Name: Jenkins Goodman Neuman
------------------------------
PRO HAC VICE
 For: Paul V. Kaulas
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------
CHECK
 Check/Money Order Num: 11340
 Amt Tendered: $210.00
------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 08-cv-01672-RS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED

2008 JUL 24  PM 3: 41

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES  DISTRICT COURT

Northern District of California

KEVIN GLORIA

CASE NO.  C 08-01672 RS

Plaintiff(s),

v.

HOME DEPOT, INC., TRICAM
INDUSTRIES, et al

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Defendant(s).
_____/

PAUL V. KAULAS                                    , an active member in good standing of the bar of

ILLINOIS                                           whose business address and telephone number

(particular court to which applicant is admitted)

is

McVEY & PARSKY, LLC, 30 NORTH LaSALLE STREET, SUITE 2100, CHICAGO,
ILLINOIS 60602; Telephone:  (312) 551-2130; Facsimile:  (312) 551-2131

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____

United States Magistrate  Judge

UNITED STATES DISTRICT COURT
For the Northern District of California