```
                          RECEIVED
                      2008 JUL 24 PM 3:41
                                                                    FILED
                      RICHARD W. WIEKING    UNITED STATES DISTRICT COURT
                           CLERK
                      U.S. DISTRICT COURT   Northern District of California    JUL 2 8 2008
                      NO. DIST. OF CA. S.J.
                                                                          RICHARD W. WIEKING
                                                                       CLERK, U.S. DISTRICT COURT
                                                                      NORTHERN DISTRICT OF CALIFORNIA
                                                                                SAN JOSE
   KEVIN GLORIA

                                              CASE NO. C 08-01672-~~RS~~ JW

                                              ~~(Proposed)~~
                            Plaintiff(s),     ORDER GRANTING APPLICATION
              v.                              FOR ADMISSION OF ATTORNEY
                                              PRO HAC VICE
   HOME DEPOT, INC., TRICAM
   INDUSTRIES, et al


                            Defendant(s).
   _____/

   PAUL V. KAULAS                    , an active member in good standing of the bar of

   ILLINOIS                                       whose business address and telephone number

   (particular court to which applicant is admitted)

   is

   McVEY & PARSKY, LLC, 30 NORTH LaSALLE STREET, SUITE 2100, CHICAGO,
   ILLINOIS 60602; Telephone: (312) 551-2130; Facsimile: (312) 551-2131

   having applied in the above-entitled action for admission to practice in the Northern District of

   California on a pro hac vice basis, representing

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac

   vice. Service of papers upon and communication with co-counsel designated in the application will

   constitute notice to the party. All future filings in this action are subject to the requirements

   contained in General Order No. 45, Electronic Case Filing.


   Dated: July 28, 2008                        _____
                                                United States ~~Magistrate~~ Judge
                                                             District
```