Patrick G. Rose, Esq. (State Bar Number 185508)
**BRADFORD & BARTHEL, LLP**
9821 Business Park Drive, Suite 160
Sacramento, CA 95827
Telephone: (916) 569-0790
Facsimile: (916) 569-0799

Attorney for Lien Claimant
SEABRIGHT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GLORIA,<br><br>   *Plaintiff,*<br><br>-vs-<br><br>HOME DEPOT, INC., and TRICAM INDUSTRIES, et al.,<br><br>   *Defendants,*<br><br>SEABRIGHT INSURANCE COMPANY,<br><br>   *Lien Claimant.* | CASE NO:   C 08-01672 JW<br><br>**NOTICE OF LIEN FOR REIMBURSEMENT**<br>**[California Labor Code §§ 3852, 3860]** |

TO:   THE INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD.

NOTICE IS HEREBY GIVEN that Lien Claimant, SEABRIGHT INSURANCE COMPANY claims a first Lien upon any verdict or judgment rendered in the above-captioned matter in favor of Plaintiff, KEVIN GLORIA, in an amount representing all amounts of Workers' Compensation benefits paid to and on behalf of said Plaintiff by said Lien Claimant up to the first date of trial herein. The total amount of the Lien will be $82,621.46 and continuing.

However, due to the pendency of the Workers' Compensation claim of said Plaintiff, said Lien Claimant's Workers' Compensation Lien is subject to increase. Said final amount claimed

---

NOTICE OF LIEN FOR REIMBURSEMENT

1  herein as a first Lien upon any verdict or judgment in favor of said Plaintiff is also to include pre-
2  judgment interest in accordance with the laws of the State of California

3  DATED: August 6, 2008                                Respectfully Submitted,

4                                                       **BRADFORD & BARTHEL, LLP**

6                                                       _/s/ Patrick R._
                                                        PATRICK G. ROSE
7                                                       Attorney for Lien Claimant
                                                        SEABRIGHT INSURANCE COMPANY

NOTICE OF LIEN FOR REIMBURSEMENT