1  MATTHEW C. SCHUMACHER, SBN 237232
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Blvd.
   Sacramento, CA 95819
3  Telephone:   (916) 455-4800
   Facsimile:   (916) 451-5687
4  mschumacher@davidallenlaw.com

5  Attorneys for Plaintiff,
   KEVIN GLORIA
6

7
                    UNITED STATES DISTRICT COURT FOR
8
            THE NORTHERN DISTRICT OF CALIFORNIA (San Jose Division)
9
   KEVIN GLORIA,                          )   CASE NO.: C08-01672 JW
10                                         )
           Plaintiff,                      )   **STIPULATION FOR DISMISSAL**
11                                         )
       vs.                                 )
12                                         )
   HOME DEPOT, INC.; TRICAM                )
13 INDUSTRIES, and DOES 1 through 100     )
                                           )
14         Defendants.                     )
   _____)
15         Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), it is hereby stipulated and agreed that Plaintiff

16 KEVIN GLORIA hereby voluntarily dismisses the above-captioned case with prejudice, in

17 entirety, each party to bear their own costs.

18 Dated: November 17, 2009           DAVID ALLEN & ASSOCIATES

19                                    By:_____/s/_____
                                      MATTHEW C. SCHUMACHER, Counsel
20                                    for Plaintiff, KEVIN GLORIA

21 Dated: November 17, 2009           JENKINS GOODMAN NEUMAN &
                                      HAMILTON, LLP
22
                                      By: _____/s/_____
23                                    ZACHARY S. TOLSON, Attorneys for
                                      Defendants, HOME DEPOT U.S.A., INC.
24                                    And TRICAM INDUSTRIES, INC.

25 **THIS CASE IS HEREBY DISMISSED.  ALL FUTURE CASE-RELATED DATES AND
   EVENTS ARE VACATED.  IT IS SO ORDERED.**   The Clerk shall close this file.
26
   DATED: ___November 20, 2009____   By: *James Ware*
27                                    THE HONORABLE JAMES WARE
                                      UNITED STATES DISTRICT COURT JUDGE
28

                              STIPULATION FOR DISMISSAL